IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CV-78-D

| | |
|---|---|
| KEVIN KINSEY,<br>Plaintiff | )<br>)<br>) |
| vs. | ) ORDER FOR<br>) DISMISSAL |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security<br>Defendant | )<br>)<br>)<br>) |

Upon the Motion of the Plaintiff and with consent of the Defendant, this Court hereby dismisses the claim of the Plaintiff.

This the __10__ day of June, 2010.

_____
United States District Court