# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| MR. KEVIN KINSEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 4:09-CV-78-D** |
| *Commissioner of Social Security,* ) | |
|     Defendant. ) | |

**Decision by the Court.**

    IT IS ORDERED AND ADJUDGED that upon the Motion of the Plaintiff, and with consent of the Defendant, this Court hereby dismisses the claim of the Plaintiff.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 11, 2010**, AND A COPY MAILED TO:

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Michael J. Astrue (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 11, 2010 | DENNIS IAVARONE, Clerk |
| Date | *Eastern District of North Carolina* |
| | |
| | /s/ Debby Sawyer |
| *Raleigh, North Carolina* | *(By) Deputy Clerk* |